Case Name: RAGUSE, CYNTHIA LOUIS
Case No:      05-72518

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for
Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/13/08                          WILLIAM T. NEARY
                                        United States Trustee, Region 11


                          BY:    /s/ Carole J. Ryczek
                                 CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee