IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RAGUSE, CYNTHIA LOUIS | ) | |
| | ) | CASE NO. 05-72518 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  211 South Court Street, Rockford, Illinois, 61101

    on:  March 12, 2008
    at:  9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         42,634.21

    b. Disbursements                         $              30.17

    c. Net Cash Available for Distribution   $         42,604.04

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $   3,213.75 | $   225.32 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $39,164.97, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Amcore Bank | $ 13,260.34 | $ 13,260.34 |
| 3B | Settlement Funding, LLC d/b/a Peachtree Settlement | $ 5,030.20 | $ 5,030.20 |
| 4 | eCAST Settlement Corporation assignee of | $ 1,112.85 | $ 1,112.85 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Bank Account
    c. Household Goods
    d. Wearing Apparel

Dated: _____    For the Court,

By: _____
Clerk of the United States Bankruptcy Court

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2518   Doc 42   Filed 02/14/08   Entered 02/16/08 23:43:12   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: mreilly           Page 1 of 1              Date Rcvd: Feb 14, 2008
Case: 05-72518                Form ID: pdf002         Total Served: 13

The following entities were served by first class mail on Feb 16, 2008.
db          +Cynthia Louis Raguse,    603 13th Ave,    Sterling, IL 61081-2718
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9362696      AMCORE BANK,    302 1ST AVE,    ROCK FALLS, IL. 61071
9362693     +American General Finance,    611 1st AVe.,    Rock Falls, IL 61071-5103
9362698     +BRIAN MACK,    RICHARDSON, STASKO, BOYD & MACK,    20 S. CLARK ST.,    CHICAGO, IL 60603-1802
9362699     +CONSECO,    HOUSEHOLD CREDITS,    P.O. BOX 17015,    BALTIMORE, MD 21297-1015
9362694     +KELLI WALKER,    MILLER LANCASTER,    15 E. THIRD ST.,    STERLING, IL 61081-3614
9362700      KMART,    290114 E. LINCOLNWAY,    STERLING, IL. 61081
9362702      MENARDS HSBC RETAIL,    P.O. BOX 17602,    BALTIMORE, MD 21297-1602
9362697     +PEACH TREE SETTLEMENT,    ATT: JASON SUTHERLAND,    6501 PARK OF COMMERCE BLVD. SUITE 140 B.,
              BATON ROUGE, FL 33487-8279
10538456   +++Settlement Funding, LLC d/b/a Peachtree Settlement,    c/o Brian P Mack,    20 S Clark Ste. 500,
              Chicago IL 60603-1832
9362695     +WALLACE S. FELDMAN,    FELDMAN LAW OFFICE,    224 E. THIRD ST.,    STERLING, IL 61081-3612
10762881     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9362701      FIRST NATIONAL
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
aty*        +Wallace S Feldman,    Feldman Law Office,    224 E Third Street,    Sterling, IL 61081-3612
                                                                                               TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2008**             **Signature:**   _Joseph Speetjens_