## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>RAGUSE, CYNTHIA LOUIS<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-72518 MB<br><br>JUDGE MANUEL BARBOSA |

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed (note: check 1001 was voided before printing). Evidence of cancelled check(s) is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: June 21, 2008          /s/ Bradley J. Waller
                             BRADLEY J. WALLER, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: June 24, 2008          WILLIAM T. NEARY
                             United States Trustee

                         By: Christine K. Miller
                             Christine K. Miller, Paralegal Specialist